

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2015

No. 04-14-00341-CV

**BOARD OF ADJUSTMENT FOR CITY OF SAN ANTONIO** & Sarosh Management, LLC
d/b/a A-Z Food Mart,
Appellants

v.

**EAST CENTRAL INDEP. SCH. DISTRICT,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-17596
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Jason K. Pulliam, Justice

The court has considered Appellant Sarosh Management, LLC's Motion for Rehearing & En Banc Reconsideration, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court